Verner & Rice, of Tuscaloosa, for appellant. W. L. Martin, Atty. Gen., for the State.

BROWN, P. J. The court has examined the record, and finds that the proceedings of the trial court are regular, and the judgment is affirmed. Affirmed.

(75 South. 1005)

DAVIDSON v. STATE. (6 Div. 366.) (Court of Appeals of Alabama. April 19, 1917.) Appeal from Circuit Court, Jefferson County; Wm. E. Fort, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Abated by death of appellant.

(75 South. 1005)

ELLINGTON v. STATE. (3 Div. 285.) (Court of Appeals of Alabama. May 29, 1917.) Appeal from City Court of Montgomery; Gaston Gunter, Judge. Jesse Ellington was convicted of burglary, and appeals. Affirmed. The defendant was indicted in the city court of Montgomery, on a charge of burglary, was convicted in the circuit court of Montgomery, and from the judgment of conviction he appeals. The only assignment of error is that the verdict of the jury was contrary to the evidence. Brassell & Brassell, of Montgomery, for appellant. W. L. Martin, Atty. Gen., and P. W. Turner, Asst. Atty. Gen., for the State.

SAMFORD, J. We have examined the evidence as disclosed by the bill of exceptions, and are of the opinion that the case presents a jury question. The jury passed on it, after an able charge by the court, and we will not disturb the finding. There is no error in the record, and the judgment is affirmed. Affirmed.

(75 South. 1005)

FERLISI v. CITY OF BIRMINGHAM. (6 Div. 309.) (Court of Appeals of Alabama. April 19, 1917.) Appeal from Criminal Court, Jefferson County; H. P. Heflin, Judge. M. M. Ullman, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(75 South. 1005)

FINLEY v. STATE. (7 Div. 424.) (Court of Appeals of Alabama. April 10, 1917.) Appeal from Shelby County Court; E. S. Lyman, Judge. Nathan Finley was convicted of petit larceny, and he appeals. Affirmed. Riddle & Ellis, of Columbiana, for appellant. W. L. Martin, Atty. Gen., for the State.

SAMFORD, J. The defendant was tried and convicted in the county court of Shelby county of the offense of petit larceny. The cause was tried by the court without a jury, and from a judgment of conviction the defendant appeals. The only error complained of was the judgment of the court on the evidence. We have carefully considered the evidence, as shown by the bill of exceptions, and, from the evidence, we cannot say the court was in error. There is no error in the record, and the judgment of the lower court is affirmed. Affirmed.

(75 South. 1005)

GARGIS v. STATE. (8 Div. 495.) (Court of Appeals of Alabama. May 29, 1917.) Appeal from Circuit Court, Colbert County; C. P. Almon, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

(75 South. 1005)

GEO. W. PHALIN CO. et al. v. THOMPSON. (6 Div. 197.) (Court of Appeals of Alabama. April 19, 1917.) Appeal from Tusca-

loosa County Court; H. B. Foster, Judge. O. W. Taylor, of Tuscaloosa, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(75 South. 1005)

GRAYSON v. STATE. (1 Div. 246.) (Court of Appeals of Alabama. April 17, 1917.) Appeal from Clarke County Court; A. S. Johnson, Judge. W. L. Martin, Atty. Gen., and Harwell G. Davis, Asst. Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

(75 South. 1005)

HAYDEN v. DRENNEN MOTOR CAR CO. (6 Div. 323.) (Court of Appeals of Alabama. April 17, 1917.) Appeal from Circuit Court, Jefferson County; E. C. Crow, Judge. Denson & Ivey, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed.

(75 South. 1006)

HEREFORD v. BINGHAM. (8 Div. 504.) (Court of Appeals of Alabama. May 15, 1917.) Appeal from Circuit Court, Madison County; R. C. Brickell, Judge. Betts & Betts, of Hunstville, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(75 South. 1006)

HOLMES v. STATE. (7 Div. 489.) (Court of Appeals of Alabama. May 29, 1917.) Appeal from Circuit Court, Etowah County; J. E. Blackwood, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

(75 South. 1006)

HOPPER v. CARTER. (3 Div. 292.) (Court of Appeals of Alabama. May 15, 1917.) Appeal from Circuit Court, Autauga County; Leon McCord, Judge. Gipson & Booth, of Prattville, for appellee.

PER CURIAM. Affirmed on certificate.

(75 South. 1006)

KING v. STATE. (8 Div. 492.) (Court of Appeals of Alabama. May 29, 1917.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

(75 South. 1006)

LEWIS v. STATE. (6 Div. 302.) (Court of Appeals of Alabama. May 8, 1917.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. Thomas M. Rogers, of Birmingham, for appellant. W. L. Martin, Atty. Gen., for the State.

BROWN, P. J. We have examined the record, and find no error therein. Affirmed.

(75 South. 1006)

LONG v. ALTMAN. (6 Div. 370.) (Court of Appeals of Alabama. April 17, 1917.) Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge. Allen, Fisk & Townsend, of Birmingham, for appellant. Sterling A. Wood, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed.

(75 South. 1006)

LONG v. CHITWOOD. (7 Div. 454.) (Court of Appeals of Alabama. April 17, 1917.) Appeal from Circuit Court, De Kalb County;